**Clarence SIMON, Jr., Plaintiff-Appellant Cross-Appellee**

v.

**LONGNECKER PROPERTIES, INCORPORATED; C-Port, L.L.C.; Seacor Marine, L.L.C.; Anadarko Petroleum Corporation; Thomas Energy Services, L.L.C., Defendants-Appellees**

**Tri-Drill, L.L.C., Defendant-Appellee Cross-Appellant**

**No. 15-31113**

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/07/2016

Louis Roy Koerner, Jr., Koerner Law, New Orleans, LA, for Plaintiff-Appellant Cross-Appellee

Evans Martin McLeod, Esq., Meredith Wilson Blanque, Phelps Dunbar, L.L.P., New Orleans, LA, for Defendant-Appellee Longnecker Properties, Incorporated

Francis X. Neuner, Jr., Jeffrey K. Coreil, NeunerPate, Lafayette, LA, for Defendant-Appellee Cross-Appellant

Stephanie Douglas Skinner, Attorney, Miller Law Firm, New Orleans, LA, for Defendant-Appellee C-Port, L.L.C.

Peter Bedford Tompkins, Esq., Murphy, Rogers, Sloss, Gambel & Tompkins, New Orleans, LA, for Defendants-Appellees Seacor Marine, L.L.C. and Anadarko Petroleum Corporation

Tobin J. Eason, Attorney, Weiss & Eason, L.L.P., Mandeville, LA, Robert Clyde Funderburk, Jr., Funderburk & Butler, Baton Rouge, LA, for Defendant-Appellee Thomas Energy Services, L.L.C.

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs, oral argument and pertinent portions of the record. Having done so, we find no reversible error of law or fact and affirm essentially for the reasons stated by the district court. We dismiss the cross-appeal of Tri-Drill as moot.

**AFFIRMED IN PART, APPEAL OF TRI-DRILL DISMISSED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.